UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: FAYE E. D'ALESSANDRO | } | Chapter 13 |
| | } | |
| | } | |
| Debtor(s) | } | |
| | } | Bky. No. 16-12796 elf |

## CERTIFICATION OF SERVICE AND NO RESPONSE
## TO NOTICE OF FEE APPLICATION

I, Joseph F. Claffy, Esquire, Attorney for Debtor in the above case do hereby certify that on the 11th Day of March, 2017 I did serve a true and correct copy of Debtor's Counsel's Notice of Application for Approval of Fees in appropriate form filed with the application, upon the below listed individuals by U.S. Mail unless noted as served via ECF. I further certify that no response or objection to the said application has been received by me or filed in the matter to date and that more than twenty days have expired since the filing of the said motion.

Date: April 2nd, 2017                                              /s/Joseph F. Claffy

**Parties or Persons Served:**

U.S. Trustee                                                William C. Miller
833 Chestnut                                                Standing Chapter 13 Trustee
Street Suite 500                                                                    Via ECF
Phila PA 19107
    served via ECF

Debtor(s), all creditors and parties in interest or requesting notice via U.S. Mail on March 11th, 2017.

    /s/ Joseph F. Claffy
Joseph F. Claffy, Esquire Joseph F. Claffy & Associates, P.C. 26 South Church Street West Chester, PA 19382 610 429-0900 610 429-9550 fax Claffylaw@aol.com