United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-12796-elf
Faye E D'Alessandro                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 2            Date Rcvd: Aug 02, 2017
                              Form ID: pdf900           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
```
db          +Faye E D'Alessandro,    420 Barneston Road,    Glenmoore, PA 19343-1320
cr          +STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE,    Robertson Anschutz & Schneid, P.L.,
             6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
13723126    +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
13763268    +MIDLAND FUNDING LLC,    PO BOX 2011,   WARREN, MI 48090-2011
13712837    +Nationstar Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
13749761    +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
             Dallas TX 75261-9096
13752049     Wells Fargo Bank NA,    PO Box 10438,    Des Moines   IA    50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 03 2017 01:23:24    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2017 01:23:02
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 03 2017 01:23:15    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2017 01:38:01
             PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr           E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 01:26:32    Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13739082    +E-mail/Text: jennifer.macedo@gatewayonelending.com Aug 03 2017 01:22:46
             Gateway One Lending & Finance,    160 N Riverview Drive, Ste 100,    Anaheim, CA 92808-2293
13904392     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2017 01:37:56
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13720078     E-mail/PDF: rmscedi@recoverycorp.com Aug 03 2017 01:26:33
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13738407     E-mail/PDF: cbp@onemainfinancial.com Aug 03 2017 01:26:31    SPRINGLEAF FINANCIAL SERVICES,
             PO BOX 3251,    EVANSVILLE, IN 47731
13794478     E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 01:26:42    Synchrony Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13819399    +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2017 01:26:31    Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE, LLC
13712836         Gateway
13745794         OneMain Financial Group, LLC asf Wells Fargo Bank,,    2015-1
cr*             +Gateway One Lending & Finance, LLC,    160 N. Riverview Dr.,    Suite 100,
                 Anaheim, CA 92808-2293
                                                                                 TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Aug 02, 2017
                              Form ID: pdf900              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
         JOSEPH F. CLAFFY    on behalf of Debtor Faye E D'Alessandro claffylaw@gmail.com,
          claffylaw@aol.com;claffylawecf@gmail.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee,
          successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of
          America, N.A., as Trustee, successor by merger to LaSalle Ba bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Gateway One Lending & Finance, LLC
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                        TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FAYE E D'ALESSANDRO             Chapter 13

Debtor          Bankruptcy No. 16-12796-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: August 2, 2017**      _____

                                                Eric L. Frank
                                                ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382


Debtor:
FAYE E D'ALESSANDRO

420 BARNESTON ROAD

GLENMOORE, PA 19343